O

JS - 6

cc: order, docket, remand letter to
Los Angeles Superior Court, No. 12 U09100

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. KAPLAN RETIREMENT PLANS' TRUST ACCOUNT, et al,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FRANCISCO CAMPOS, et al,<br><br>　　　　Defendants. | Case No. CV 12-08740 DDP (VBKx)<br><br>**ORDER TO REMAND**<br><br>[Dkt. No. 8] |

　　　Presently before the court is Plaintiffs' Motion to Remand("Motion"). Because Defendants have not filed an opposition, the court GRANTS the Motion.

　　　Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."

　　　The hearing on Plaintiffs' Motion was set for November 26, 2012. Defendants' opposition was therefore due by November 5, 2012. As of the date of this Order, Defendants have not filed an

1  opposition, or any other filing that could be construed as a
2  request for a continuance.  Accordingly, the court deems
3  Defendants' failure to oppose as consent to granting the Motion to
4  Dismiss, and GRANTS the Motion.  The case is REMANDED to state
5  court for adjudication. Each party shall bear its own costs.

7  IT IS SO ORDERED.

10 Dated:November 21, 2012
                                    DEAN D. PREGERSON
11                                  United States District Judge